UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC RIM RECYCLING, INC.,<br><br>            Defendant. | No.  2:14-cv-01100-GEB-KJN<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a Notice of Settlement on August 13, 2014, in which it states:

> [The parties] have reached a tentative settlement in this action, which has been executed by the Parties. As required by federal law, a copy of the Proposed Consent Decree has been sent to the U.S. Department of Justice and to the U.S. Environmental Protection Agency (collectively, "the Agencies") for a mandatory 45-day review period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5. . . . Upon expiration of the 45-day review period, the Parties will jointly request that the Court (1) approve and execute an Order dismissing the Complaint, and (2) approve and execute the Proposed Consent Decree which provides for continuing Court jurisdiction over any disputes which may arise between the parties under the agreement.
>
> In light of the 45-day statutory review period, which ends on September 29, 2014, Plaintiff respectfully requests that the Court vacate from its calendar the October

1

        27, 2014 Status (Pretrial Scheduling) Conference and associated deadlines, and issue an order that the Parties have until October 10, 2014 to file a motion to enter the Proposed Consent Decree.

(Pls.' Notice of Settlement, ECF No. 6 (brackets omitted).)

Therefore, a dispositional document shall be filed no later than October 10, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on October 27, 2014, is continued to commence at 9:00 a.m. on November 10, 2014, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: August 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. <u>Cf.</u> <u>Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).